NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000767
04-JAN-2012
01:54 PM**

NO. CAAP-11-0000767

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

COSTCO WHOLESALE CORPORATION, Petitioner-Appellee v.
THOMAS MORIYUKI KIYABU, Respondent-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 11-1-0303(RAN))

ORDER GRANTING RESPONDENT-APPELLANT
THOMAS MORIYUKI KIYABU'S MOTION FOR WITHDRAWAL OF APPEAL
(By: Foley, Presiding Judge, Fujise and Reifurth, JJ.)

Upon consideration of Respondent-Appellant Thomas Moriyuki Kiyabu's Motion for Order Remanding Case to Circuit Court, or in the Alternative, Order Granting Withdrawal of Appeal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the alternative motion for order granting withdrawal of appeal is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, January 04, 2012.

Presiding Judge

Associate Judge

Associate Judge